# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Emily K. Ruben | ) |
| | ) |
| | )    **Bankruptcy No.** 09 B 37636 |
| | ) |
| **Debtor(s)** | ) |
| | ) |

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above-captioned case for status on   November 17, 2011 at 10:30 a.m.   In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois.  The Chapter 7 Trustee, Andrew J Maxwell, ESQ is ordered to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date: October 14, 2011

In re: Emily K. Ruben
Bankruptcy No. 09 B 37636

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on OCT 14 2011 , I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*Deborah Smith*
Courtroom Deputy

### Electronic Service through CM/ECF System

**James J Burns, JR**
Burns & Wincek
53 West Jackson
Suite 909
Chicago, IL 60604

**Trustee**
Andrew J Maxwell, ESQ
Maxwell & Potts, LLC
105 West Adams Street
Suite 3200
Chicago, IL 60603

**U.S. Trustee**
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Class Mail

Emily K. Ruben
2347 W. Thomas St. - Apt. 2R
Chicago, IL 60622