# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Emily K. Ruben )
)
) **Bankruptcy No.** 09 B 37636
)
**Debtor(s)** )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO: See Attached Service List

Please take notice that the Court will call the above-captioned case for status on __December 15, 2011 at 10:30 a.m.__ In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Andrew J. Maxwell, ESQ is positively ordered to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date: November 17, 2011

In re: **Emily K. Ruben**
Bankruptcy Case No.  09 b 37636

## CERTIFICATE OF SERVICE

    I, Deborah Smith certify that on   November 17, 2011 , I caused to be mailed by United States first class mail copies of the foregoing documents to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Deborah Smith, Relief Courtroom Deputy


## Electronic Service through CM/ECF System

represented by **James J Burns, JR**
Burns & Wincek
53 West Jackson
Suite 909
Chicago, IL 60604

*Trustee*
Andrew J Maxwell, ESQ
Maxwell & Potts, LLC
105 West Adams Street
Suite 3200
Chicago, IL 60603


*U.S. Trustee*
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

## Serviced by U.S. Mail

*Debtor*
Emily K. Ruben
2347 W. Thomas St.
Apt. 2R
Chicago, IL 60622